**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 97-2440**

---

SAMUEL D. QUINN,

Plaintiff - Appellant,

versus

FRANKLIN COUNTY BOARD OF SUPERVISORS,

Defendant - Appellee.

---

Appeal from the United States District Court for the Western District of Virginia, at Roanoke.   James C. Turk, District Judge.
(CA-97-695-R)

---

Submitted:  January 22, 1998        Decided:  February 3, 1998

---

Before WIDENER, MICHAEL, and MOTZ, Circuit Judges.

---

Dismissed by unpublished per curiam opinion.

---

Samuel D. Quinn, Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Samuel D. Quinn appeals the district court's order dismissing his complaint as frivolous under 28 U.S.C. § 1915(e)(2) (West 1994 & Supp. 1997). We have reviewed the record and the district court's opinion and find that this appeal is frivolous. Accordingly, we dismiss on the reasoning of the district court. Quinn v. Franklin Cnty Board of Supervisors, No. CA-97-695-R (W.D. Va. Oct. 15, 1997). We dispense with oral argument because the facts and legal contentions are adequately presented before the court and argument would not aid the decisional process.

DISMISSED

2